(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**12-80262-Civ-MARRA/BRANNON**

REINIER C. KOOLE

_____
Plaintiff(s)

v.

UNITED STATES OF AMERICA,
UNITED STATES PROBATION OFFICE, SOUTHERN
DISTRICT OF FLORIDA.

FILED by QB D.C.

MAR 09 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

_____
Defendant(s)

## COMPLAINT

I, REINIER C. KOOLE, plaintiff, in the above styled cause, sues defendant(s); UNITED STATES OF AMERICA.

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: JURISDICTION OF THE DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA,

PLEASE SEE ATTACHED/INCLUDED 12 PAGES.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA.

REINIER KOOLE

    /Plaintiff

v.

UNITED STATES OF AMERICA (USPO)

    DEFENDANT
_____/

I, Reinier Koole respectfully submit the following:

Pursuant to the Federal Tort Claims Act waiver of immunity, the Movant hereby files his claim for $155,000.00 in damages against the United States Probation Office, Southern District of Florida, namely Heath Schur, Marlene Barratt, Peggy Bates-Hobcroft and Nancy Colon.

The support for said claim and waiver of immunity is Intentional Infliction of Emotional Distress, Military Discrimination, Disability Discrimination and willfully and knowingly providing false and misleading information to law enforcement. Furthermore, the evidence will show abuse of the trust and protection given to Federal employees, which is particularly frowned upon by the Supreme Courts, United States Congress, Americans with Disabilities Act and the Department of Defense, in addition to the public.

On Thursday January 13, 2011, the Movant was sentenced to five years of Federal Probation, which stemmed from an alleged incident at the West Palm Beach VA where the Movant reported a scorned female VA employee for months. The Movant was subsequently instructed to turn in his firearm since the employee was somehow able to obtain an injunction for protection, although it was at all times the Movant that was seeking restraint. The Movant appeared with his firearm and petition for an injunction, was allowed to depart with his firearm, but arrested the following day by a VAOIG intern who was having sexual relations with the same female employee in question.

After a period of supervised release by US Probation Officer Kenneth Goldberg, the Movant got Heath Schur as his first probation officer.

During the initial period of probation, Mr. Heath Schur seemed sympathetic to the Movant's situation, where the perpetrator was portrayed as the victim, at the Movant's expense, particularly in light of the use of the Movant's minor child, Amanda Jade Koole.

The Movant discovered however, that said alleged sympathy was really apathy, and Mr. Schur started assisting and visiting with Veronica Sanborn-Pledger, whom he would even refer to as "the victim".

On Friday April 8, 2011, two unarmed Special Agents with the FBI visited the Movant's home in regards to a letter sent to Congressman Allen West, which the Movant believed originated from the West Palm Beach VA Police. The Movant was initially deemed a suspect, but cleared that same day.

Since the Movant had no success with the VAOIG, the Movant took this opportunity to request the help of the FBI, and relayed in detail his experiences with the negligence, corruption and cover up at the West Palm Beach VA. Ms. Pledger was terminated shortly thereafter, to which the Movant will credit the FBI for the rest of his life.

When Mr. Heath Schur got wind of this, he became particularly anxious and agitated, and strenuously instructed that the Movant not meet with the FBI anymore. Apparently Mr. Schur was subjected to an allegation of possession of child pornography, which is further supported by the fact that he would often offer to help fold the Movant's laundry, particularly the Movant's daughters' panties.

The Movant repeatedly relayed this to his supervisor, Lonzo Lowery, as well as the Deputy Chief of US Probation, Marlene Barratt.

Neither person took any appropriate action, besides Mr. Lowery instructing Mr. Schur not to offer to help fold any panties.

This seriously eroded the already adverse relationship between the Movant and Mr. Heath Schur.

It worsened when Mr. Heath Schur became personally involved into the Movant's divorce proceedings, and would visit with the Movant's ex-wife.

On Tuesday February 15, 2011, the Movant's ex-wife requested the escort of PBSO to pick up her daughters who were with the Movant. To gather support for such unnecessary escort, the Movant's ex-wife relayed to the PBSO dispatcher the following about the Movant:

2

"He has violent tendencies"

"He is an x-marine diagnosed with severe post-stress disorder"

"He is on Federal Probation in reference to threats and possession of a gun at the VA hospital"

"She wants standby due to his past history"

"He was Baker Acted twice by PBSO, Oct. 2010 and 01/25/2011".

The statements above, in unison with a particular PBSO Deputy, Sgt Spuck, generated at least three PBSO deputies to appear at the Movant's residence, in the presence of the minor children.

The Movant relayed this information to his probation officer, Heath Schur. Again Mr. Schur showed empathy with the Movant for the conduct of his ex-wife, and promised to help with some phone calls.

The Movant was particularly dumbfounded at how easy it was to lie to law enforcement, and get away with it. Mr. Schur then informed the Movant that it appeared the Movant's ex-wife knew exactly what key words to use, in order to get the desired excitement and anticipated confrontation without any supporting evidence.

The Movant explained to Mr. Heath Schur that the most hurtful keyword the ex-wife used was the term "x-marine". She belied that same statement with her own Federal Armed Forces ID card, which clearly states the Movant is in the United States Marine Corps Reserves, and is on contract until at least December 15, 2011.

Mr. Heath Schur explained that the term "x-marine" or "x-military" gives an impression of a trained killer without command and control.

In regards to the Movant's disabilities, the Movant asked why he keeps getting discriminated for them, to which Mr. Schur replied: "it must be exciting for a cop who does not know what it is".

The Movant concurred with Mr. Schur that the Movant voluntarily seeks and complies with appropriate treatment, which the ex-wife intentionally omitted. Mr. Schur's response: "she's clever".

The Movant also reiterated that he is currently IN the US Military, which Mr. Heath Schur acknowledged. Moreover, Mr. Heath Schur had copies of the Movant's Military ID card, which shows that it is impossible for the Movant to be an "x-marine" or "x-military".

3

The Movant and Mr. Heath Schur went over all of the keywords used by the Movant's ex-wife to the PBSO to generate an unnecessary show of force, and the Movant was particularly saddened by the lack of action taken by Mr. Heath Schur, when those "key words" proved to be blatant lies, and caused emotional harm to his probationer.

Unconscionably, Mr. Heath Schur would use those exact false keywords to the PBSO just a few months later, in addition to his own key words.

On Thursday June 16, 2011, Mr. Heath Schur called the PBSO from a Subway restaurant with <u>four</u> additional US Probation officers, including the Deputy Chief Marlene Barratt and relayed to the PBSO dispatcher the following:

1. "will be doing a search of one of their offenders", reference to

2. "looking for firearms"

3. "would like assistance from us to do this, requesting 2 Deputy Sherriff's to respond"

4. "subject (Movant) has severe post traumatic stress", and

5. <u>"has expressed hostility towards law enforcement"</u>

6. "(Movant) has a history of being Baker Acted" and

7. <u>"is ex-military"</u>

8. "we have emails from subject (Movant) referencing possibly having firearms".

In light of the February 15, 2011 incident, the Movant was particularly devastated that his Federal US Probation Officer would use the exact same key words in addition to his own, and again discriminate the Movant for his Military Status and mention his disabilities, while intentionally omitting the fact that same is <u>voluntarily</u> seeking, receiving and complying with appropriate treatments.

"It takes the courage and strength of a warrior to ask for help" ---General Norman Schwarzkopf.

4

1. The Movant is a probationer, not an offender.

2. "looking for firearms": even according to the PBSO, a simple request for assistance without specifics would have been sufficient.

3. Mr. Heath Schur already had the manpower of <u>four additional</u> Federal US Probation officers, which makes 5 people. He requested not one, but two deputies, which make a total of at least 7 people in one residence.

4. In a despicably similar fashion to numerous other people, including the Movant's ex-wife, Mr. Heath Schur again intentionally points out the disabilities of the Movant, while making sure to omit that same is voluntarily seeking, receiving and complying with treatment, and has been living with said disabilities for years.

This is Disability Discrimination, to which Mr. Schur, or any other State or Federal Employee is particularly not exempt.

5. Certified by the PBSO, it was this particular statement from Mr. Heath Schur that generated an angry attitude by the responding PBSO deputies, in addition to all the other alarming statements. Mr. Schur, or anybody else, will never be able to justify such offensive statements. The Movant has the utmost respect for non-corrupt law enforcement personnel, and even applied for same.

6. Precisely similar to the Movant's ex-wife, Mr. Heath Schur deliberately made it a point to relay that the Movant has "a history of being Baker Acted". First and foremost, the Baker's Act was **not** signed into law to reflect negatively on someone. Second, the Movant has <u>never</u> been appropriately Baker Acted, and has at all times voluntarily complied with law enforcement, and at all times released the following day after examination. The only time the Movant has ever been held longer than 24 hours, was on January 25, 2011, when the Movant was unlawfully Baker Acted by a VA police officer, in retaliation for the dismissal of Veronica Sanborn-Pledger's injunction for dating violence by the Honorable Judge Charles Burton.

The Movant was intentionally held long enough to miss a January 26, 2011 Court date, which generated an arrest warrant and snowballed.

7. "ex-military". Notwithstanding his personal knowledge of the Movant actually being <u>IN</u> the United States Marine Corps, Mr. Heath Schur used these false key words that he himself explained falsely portrays someone as a trained killer without command and control.

5

The Movant has a daily difficulty in comprehending and recovering from said willful, knowingly, and intentionally untrue statements, provided with the desired result of a confrontation, which could have very easily turned deadly.

8. Emails.

Mr. Heath Schur will not be able to provide **any** emails to him in which the Movant references possibly having firearms. That is a lie.

Similar to point 1, this was used to generate an unusually large presence of law enforcement, which the Movant's community still speaks about as being outrageous.

A total of **16** armed law enforcement officers showed up at the Movant's residence as a result of the wrongful actions of Mr. Heath Schur.

Unfortunately, as recent as January 30, 2012, merely hours before her retirement in front of the Honorable Senior Judge Kenneth Ryskamp, US Probation Officer Peggy Bates-Hobcroft also repeatedly used the Baker's Act to reflect negatively upon the Movant, and also referred to the Movant as an ex-marine, notwithstanding her first hand knowledge of the Movant being _in_ the US Armed Forces, and how traumatizing it was what Mr. Heath Schur did to the Movant.

Ms. Bates-Hobcroft appeared to show empathy, and the Movant confided in her, only to later discover that the same keywords were used which could have ended very catastrophic.

Deputy Chief of US Probation Southern District of Florida, Marlene Barratt, drove up all the way from Miami to West Palm Beach to support the extension of a minimum of six more months of Probation, notwithstanding her personal knowledge of the trauma it has caused, and her first hand knowledge of Heath Schur, whom was terminated as the Movant's probation officer.

Ms. Peggy Bates-Hobcroft then tried to convince the Honorable Magistrate Judge James Hopkins and the Honorable Senior Judge Kenneth Ryskamp that it's the _Movant's_ conduct that caused Mr. Heath Schur to no longer be his probation officer.

Ms. Nancy Colon, a person that has never met the Movant, claims to have personal relationships with Federal Judges, and referred the Movant to the Appellate Court, upon receipt of Movant's SF-95.

6

In compliance with the law, the Movant has exhausted all administrative avenues prior to pursuing legal action. All such attempts to resolve have met with negative results.

In light of the above, the Movant hereby respectfully requests from this Court to grant the Movant his claim for damages.

Respectfully submitted by,

Reinier Koole.



Certificate of Service:

The Movant hereby certifies that a copy of the above has been mailed to the US Probation Office and US Attorney's Office Southern District of Florida, 400 North Miami Ave. 9th Floor, Miami, FL. 33128 and 500 South Australian Ave. #400, West Palm Beach, FL. 33401 respectively, this 22nd of February 2012.

Witnesses:

Kenneth Goldberg

Susan Campbell

Tondra Prince

Raymond Sanabria

Amanda Johns

Kelly Bryant

Sara Davey

Donna Boman

Heidi Grob

FBI Special Agents Smith and Darling.

7

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, I, PLAINTIFF, RESPECTFULLY REQUEST FROM THIS COURT TO ABIDE BY THE CONSTITUTION, PROVIDE PUNISHMENT ACCORDING TO THE LAW, AND AWARD THE AMOUNT IN DAMAGES SOUGHT.

RESPECTFULLY SUBMITTED;

Signed this 8TH day of MARCH, 20 12.

REINIER C. KOOLE
Printed or typed name of Filer

Signature of Filer

KOOLEREINIER@YAHOO.COM
E-mail address

Florida Bar Number

561 353 0447
Phone Number

Facsimile Number

8561 WINDY CIRCLE
Street Address

BOYNTON BEACH, FL 33472
City, State, Zip Code


JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**: Reinier C. Koole

(b) County of Residence of First Listed Plaintiff: Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number): N/A

**DEFENDANTS**: United States of America, US Probation Office Southern District of Florida

County of Residence of First Listed Defendant: Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known): US Attorney's Office, South Florida

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

12CV80262 KAM/DLB

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  | ☑ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE                     DOCKET NUMBER

**VII. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): US 507.197 (1992-1993) A civil wrong to be redressed by awarding damages.

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 155,000.00   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE    SIGNATURE OF ATTORNEY OF RECORD [signature]    DATE 03/08/12

FOR OFFICE USE ONLY
AMOUNT 0    RECEIPT # 0    IFP YES